UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ALBERT GRIFFIN, | Case No. 14-cv-1464 |
| Plaintiff, | |
| -against- | Hon. Gary Feinerman |
| | Mag. Judge Mary Rowland |
| UNDERWRITERS LABORATORIES INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Albert Griffin ("Plaintiff") and Defendant Underwriters Laboratories Inc. ("Defendant"), through their undersigned counsel, hereby stipulate and agree that all claims in this matter that Plaintiff has asserted against Defendant are hereby dismissed with prejudice and on the merits, without costs or attorney's fees against any party and without rights of appeal.

By: __s/Catherine Simmons-Gill____         By:____s/ Benjamin M. Ostrander____
    Catherine Simmons-Gill                              Benjamin M. Ostrander

Catherine Simmons-Gill                      Michael P. Roche
Offices of Catherine Simmons-Gill, LLC      Benjamin M. Ostrander
111 West Washington Street                  Winston & Strawn LLP
Suite 1051                                  35 West Wacker Drive
Chicago, IL 60602                           Chicago, IL 60601
Tel: 312 609 6611                           (312) 558-5600

*Attorney for Plaintiff*                    *Attorneys for Defendant*

Date:  November 6, 2014                     Date:  November 10, 2014